IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DANIEL F. RUMMEL, | : | Civil Action No. 4:14-CV-0268 |
| | : | |
| Plaintiff, | : | (Judge Brann) |
| | : | |
| v. | : | |
| | : | |
| LEWISBURG POLICE, | : | |
| *et. al.*, | : | |
| | : | (Magistrate Judge Blewitt) |
| Defendants. | : | |

**ORDER**

June 27, 2014

  The undersigned has given full and independent consideration to the March 11, 2014 report and recommendation of Magistrate Judge Thomas M. Blewitt. ECF No. 8.

  Plaintiff filed objections to the report and recommendation, ECF No. 9. Although Plaintiff was verbose and cited to case law in his objections, he did not point to anything that would lead the undersigned to find that the Magistrate Judge was incorrect in his recommendations.

  Because this Court agrees with Magistrate Judge Blewitt's thorough analysis the Court will not rehash his sound reasoning and will adopt the report and recommendation in its entirety.

**NOW, THEREFORE, IT IS HEREBY ORDERED THAT:**

1. United States Magistrate Judge Thomas M. Blewitt's Report and Recommendation is ADOPTED in full. May 11, 2014, ECF No. 8.

2. The action may proceed as to Defendant Jones on Plaintiff's Fourth Amendment Excessive Force claim.

3. The Lewisburg Borough Police Department is DISMISSED WITHOUT PREJUDICE, with leave to file an amended complaint to properly raise a *Monell* claim.

4. Plaintiff's malicious prosecution and false imprisonment claims are DISMISSED WITHOUT PREJUDICE with leave to re-file after the state proceedings have been terminated.

5. Plaintiff's demand for monetary damages against Defendants in their official capacity is DISMISSED WITH PREJUDICE.

6. The case is remanded to Magistrate Judge Blewitt for further proceedings, including disposition of ECF Nos. 2, 14 and 16.

                BY THE COURT:

                s/ Matthew W. Brann
                Matthew W. Brann
                United States District Judge