## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DANIEL F. RUMMEL, | : | CIVIL ACTION NO. **4:14-CV-0268** |
| | : | |
| Plaintiff | : | (Judge Brann) |
| | : | |
| v. | : | (Magistrate Judge Blewitt) |
| | : | |
| LEWISBURG POLICE, *et al.*, | : | |
| | : | |
| Defendants | : | |

## ORDER

**AND NOW,** this 3rd day of **July, 2014,** based on the foregoing Memorandum, **IT IS HEREBY ORDERED THAT** Plaintiff's Motion for Appointment of Counsel (**Doc. 14**) is **DENIED**.  In the event the circumstances of this case should change, the Court will consider a new application for counsel at such time.

**THOMAS M. BLEWITT**
**United States Magistrate Judge**

Dated: July 3 , 2014

FILED
SCRANTON

JUL 0 3 2014

PER _____
DEPUTY CLERK