## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DANIEL F. RUMMEL, | : | CIVIL ACTION NO. **4:14-CV-0268** |
| | : | |
| Plaintiff | : | (Judge Brann) |
| | : | |
| v. | : | (Magistrate Judge Blewitt) |
| | : | |
| LEWISBURG POLICE, *et al.*, | : | |
| | : | |
| Defendants | : | |

### ORDER

AND NOW, this ⟨13⟩ day of **December, 2014,** based on the foregoing Memorandum,

**IT IS HEREBY ORDERED THAT** Plaintiff's Motion for Appointment of Counsel **(Doc. 45)** is

**DENIED**. In the event the circumstances of this case should change, the Court will consider a new

application for counsel at such time.  (Doc. 46).

**FURTHERMORE**, Plaintiff's Motion to Compel Discovery is **DISMISSED**.

_____
**THOMAS M. BLEWITT**
**United States Magistrate Judge**

FILED
SCRANTON

DEC 2 3 2014

PER_____
DEPUTY CLERK

Dated: December 13, 2014